In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00230-CV**
_____

**IN THE MATTER OF C.W.G. JR.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-12437-J**

**MEMORANDUM OPINION**

On August 11, 2016, we notified the parties that the appeal would be dismissed for want of prosecution unless appellant remitted the filing fee for the appeal. By separate letter on the same date, we also notified the parties that the appeal would be dismissed unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record.

The appellant did not respond to the Court's notices. The appellant also did not file an affidavit of indigence and is not entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the

1

failure to file the record, and there being no reasonable explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3. Costs are assessed against the appellant.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 28, 2016
Opinion Delivered September 29, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.